IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANA IRIS ALVAREZ RIVERA

xx-xx-1863

Debtor(s)

CASE NO. 20-02631-MCF13
Chapter 13

FILED & ENTERED ON JUN/25/2021

ORDER

The Debtor's second motion requesting extension of time to reply to the trustee's motion to dismiss (docket #27) is hereby granted. Order due July 26, 2021.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of June, 2021.

Mildred Caban Flores
United States Bankruptcy Judge