# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

In re:  
ANA IRIS ALVAREZ RIVERA

Debtor(s)

Case No. 20-02631-EAG

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/02/2020.

2) The plan was confirmed on 09/11/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/15/2020, 07/21/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/02/2021, 01/31/2022.

5) The case was dismissed on 05/03/2022.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,945.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $1,352.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,352.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,241.39 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $110.61 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,352.00** |
| Attorney fees paid and disclosed by debtor: | $128.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ORIENTAL BANK | Secured | 71,798.00 | 0.00 | 69,676.38 | 0.00 | 0.00 |
| ORIENTAL BANK | Secured | 5,420.86 | 0.00 | 6,955.85 | 0.00 | 0.00 |
| PREPA | Unsecured | 925.14 | 0.00 | 2,680.89 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $6,955.85 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $69,676.38 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$76,632.23** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,680.89** | **$0.00** | **$0.00** |

| Disbursements: | | |
|---|---|---|
|    Expenses of Administration | $1,352.00 | |
|    Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS:** | | **$1,352.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/23/2022            By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

20-02631-EAG                               CERTIFICATE OF MAILING
------------------------------------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ANA IRIS ALVAREZ RIVERA
URB SANTA JUANA II
R4 CALLE 14
CAGUAS, PR  00725

ATT SERVICES
PO BOX 192830
SAN JUAN,, PR  00919-2830

PREPA
C/O MARIA T GORBEA
PO BOX 364267
SAN JUAN, PR  00936-4267

CRIM
PO BOX 195387
SAN JUAN,, PR  00919-5387

ORION PORTFOLIO SERVICES LLC
10375 OLD ALABAMA RD CONN STE 302
ALPHARETTA, GA  30022

SRA ASSOCIATES
112 W PARK DR SUITE 200
MT LAUREL, NJ  08054

ORIENTAL BANK FORMERLY SCOTIABANK PR
FERNANDEZ CUYAR ROVIRA AND PLA LLC
JUAN A CUYAR COBB ESQ
PO BOX 9023905
SAN JUAN, PR  00902-3905

ORIENTAL BANK
MORTGAGE DIVISION
PO BOX 362394
SAN JUAN, PR  00936-2394

                                                    S/Olga Lopez
DATED:  May 23, 2022                                OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**